1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant Gonzalez-Samuel

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE CATHY A. BENCIVENGO)

11 | UNITED STATES OF AMERICA,       ) | Case No. 07MJ3010
   |                                 ) |
12 |         Plaintiff,              ) |
   |                                 ) |
13 | v.                              ) |
   |                                 ) | **NOTICE OF APPEARANCE**
14 | GARCIA GONZALEZ-SAMUEL,         ) |
   |                                 ) |
15 |         Defendant.              ) |
   |                                 ) |
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                     Respectfully submitted,

21

22 Dated: January 2, 2008              /s/ *JENNIFER L. COON*
                                       Federal Defenders of San Diego, Inc.
23                                     Attorneys for Defendant
                                       Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 2, 2008                /s/ *JENNIFER L. COON*
                                      Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
                                      San Diego, CA  92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      Jennifer_Coon@fd.org (email)